IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PATRICK J. O'HAVER,

       Petitioner,

v.

JULIE L. JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS and FLORIDA
COMMISSION ON OFFENDER
REVIEW,

       Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4816

Opinion filed October 6, 2017.

Petition for writ of certiorari.

Patrick J. O'Haver, pro se, Petitioner.

Kenneth S. Steely, General Counsel, and Beverly Brewster, Assistant General Counsel, Department of Corrections; Rana Wallace, General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondents.

PER CURIAM.

       DENIED.

ROWE, MAKAR, and BILBREY, JJ., CONCUR.